IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00191-BO

| | |
|---|---|
| CATHERINE FORBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT |
| ) | OF ATTORNEY FEES AND |
| ) | COSTS UNDER THE |
| KILOLO KIJAKAZI,[1] ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $557.58 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles McB. Sasser, The Sasser Law Firm, P.A.1011 East Morehead Street, Suite 350, Charlotte, NC 28204, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __4__ day of October, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] As of July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the `Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).