UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE FUQUA FORBES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-191-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $557.58 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles McB. Sasser, The Sasser Law Firm, P.A. I 011 East Morehead Street, Suite 350, Charlotte, NC 28204, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney 's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on October 4, 2021, and Copies To:**
| | |
|---|---|
| Charles McBrayer Sasser | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>October 4, 2021 | PETER A. MOORE, JR., CLERK<br>(By)  /s/ Nicole Sellers<br> Deputy Clerk |